CHARLES P. DYER
MCI-NORFOLK
P. O. BOX 43
NORFOLK, MA. 02056

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

January 24, 2014

RE: Dyer v. Roden, 1:13-cv-11285-WGY

Dear Sir/Madam;

    I am a prisoner confined within the precincts of a Massachusetts correctional facility at Norfolk and am a pro se litigant in the above entitled action.

    Would you please mail to me the docket entries in this case.

    Thank you for your attention.

Very truly yours,

Charles P. Dyer