UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES DYER, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 13-cv-11285-IT |
| | * | |
| GARY RODEN, | * | |
| | * | |
| Respondent. | * | |

ORDER

June 1, 2015

TALWANI, D.J.

Presently before the court is Petitioner's Motion for the Appointment of Counsel [#49]. A court may appoint counsel for a financially eligible person seeking relief under § 2254 when the interests of justice so require. See 18 U.S.C. § 3006A(a)(2)(B). In making this discretionary determination, relevant factors include whether (1) "appellant has shown a fair likelihood of success on the constitutional claim, (2) that claim is factually complex and legally intricate, and (3) the facts are largely undeveloped and appellant (who is both incarcerated and indigent) is severely hampered in his ability to investigate them." United States v. Mala, 7 F.3d 1058, 1063–64 (1st Cir. 1993); see also Battle v. Armontrout, 902 F.2d 701, 702 (8th Cir. 1990) ("Several factors should influence the court's decision, including the pro se litigant's ability to investigate facts and present claims and the complexity of the factual and legal issues.").

The court finds that appointment of counsel is in the interests of justice in this case considering the legal and factual complexity of the issues presented in the petition, the

petitioner's visual impairments, and the petitioner's inability to investigate and present his claims.  Accordingly, Petitioner's <u>Motion for the Appointment of Counsel</u> [#49] is ALLOWED.

    IT IS SO ORDERED.


Date:  June 1, 2015                          <u>/s/ Indira Talwani         </u>
                                                                  United States District Judge